## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DUNHILL PARTNERS, INC. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AMERICAN HOME ASSURANCE )<br>COMPANY )<br>)<br>Defendant, | Case No. 18-CV-57-RAW |

### ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO DISMISS WITH PREJUDICE ON DEFENDANT AMERICAN HOME ASSURANCE COMPANY

On the undersigned day, the Court considered plaintiff's unopposed motion to dismiss with prejudice as to Defendant, American Home Assurance Company [Docket No. 61]. After considering this motion, the Court is of the opinion that it should be **GRANTED.**

The Court **ORDERS** that all claims, actions, or causes of action Plaintiff has asserted against Defendant, American Home Assurance Company are dismissed with prejudice to the re-filing of the same.

SIGNED on this 1st day of July, 2019.

_Ronald A. White_
Ronald A. White
United States District Judge
Eastern District of Oklahoma