# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DUNHILL PARTNERS, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 18-CV-57-RAW |
| v. | ) |
| | ) |
| AMERICAN HOME ASSURANCE | ) |
| COMPANY | ) |
| | ) |
| Defendant. | |

## JUDGMENT

Pursuant to Rule 58 F.R.Cv.P., the court hereby enters judgment that this action is dismissed with prejudice.

IT IS SO ORDERED this 1st day of July, 2019.

*Ronald A. White*
_____
HONORABLE RONALD A. WHITE
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF OKLAHOMA

1